IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02381-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JESUS LUNA-RODRIGUEZ,

      Petitioner,

v.

PEOPLE OF THE STATE OF COLORADO,

      Respondent.

---

ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

      Petitioner, Jesus Luna-Rodriguez, is detained in the Denver County Jail.  Mr. Luna-Rodriguez submitted a document to the Court titled "Application for Writ of Habeas Corpus Ad Prosequendum" (ECF No. 1).  The clerk of the court has opened a new civil action under 28 U.S.C. § 2241.

      A state prisoner may challenge the legality of his pre-trial detention in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  *See Yellowbear v. Wyo. Att'y Gen.*, 525 F.3d 921, 924 (10th Cir. 2008); *Walck v. Edmondson*, 472 F.3d 1227, 1235 (10th Cir. 2007).  However, as part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the submitted document is deficient as described in this order.  Petitioner will be directed to cure the following if he wishes to pursue his claims.  <u>If Petitioner did not intend to initiate a habeas corpus action, he should file a notice of voluntary dismissal, pursuant to Fed. R. Civ. P. 41(a).</u>

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   xx   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   xx   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)  xx   other: motion is necessary only if $5.00 filing fee is not paid.

**Complaint, Petition or Application**:

(11)  xx   is not submitted
(12)  __   is not on proper form (must use the court's current form)
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. ___
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  xx   other: Petitioner must name his custodian as the Respondent.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Petitioner files in response to

this order must include the civil action number on this order.  It is

FURTHER ORDERED that Petitioner shall obtain the court-approved forms for

filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2241 (with the assistance of his case manager or the facility's

legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED October 29, 2015, at Denver, Colorado.

BY THE COURT:


 s/ Gordon P. Gallagher
United States Magistrate Judge