IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02381-GPG

JESUS LUNA-RODRIGUEZ,

    Petitioner,

v.

PEOPLE OF THE STATE OF COLORADO,

    Respondent.

## ORDER OF DISMISSAL

Petitioner, Jesus Luna-Rodriguez, was detained at the Denver County Jail at the time he initiated this action on October 27, 2015. Petitioner has filed, *pro se*, an "Application for a Writ of Habeas Corpus Ad Prosequendum" in which he appears to challenge the legality of his pre-trial detention. (ECF No. 1).

On October 29, 2015, Magistrate Judge Gordon P. Gallagher reviewed Petitioner's filing and determined that it was deficient. Magistrate Judge Gallagher directed Petitioner to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, on the court-approved forms, within 30 days of the October 29 Order. (ECF No. 3). Magistrate Judge Gallagher advised Petitioner that he could pay the $400.00 filing fee in lieu of submitting a § 1915 motion and affidavit. (*Id.*). Petitioner was warned in the October 29 Order that failure to cure the deficiencies would result in dismissal of this action without further notice. (*Id.*).

On November 10, 2015, the copy of the October 29 Order mailed to Petitioner at

the Denver County Jail was returned to the Court as undeliverable. Petitioner has not filed a notice of change of address with the Court as required by D.C.COLO.LCivR 5.1(c). Further, he has not communicated with the Court since he initiated this action. Accordingly, it is

ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Petitioner, Jesus Luna-Rodriguez, to comply with the October 29, 2015 Order Directing Petitioner to Cure Deficiencies and with the Local Rules of this Court. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Petitioner files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED December 8, 2015, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court